# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2619

_____

Rita Jarmon

*Plaintiff - Appellant*

v.

Kilolo Kijakazi, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: March 1, 2023
Filed: March 7, 2023
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Rita Jarmon appeals the district court's[1] order affirming the denial of disability insurance benefits. Jarmon argues that the administrative law judge (ALJ) erred in evaluating the opinion of her one-time treating physician under 20 C.F.R. § 404.1520c. We find that the ALJ properly evaluated the opinion, as that regulation applies to claims--like Jarmon's--filed after March 27, 2017, and explicitly abrogates the treating source rule; and as the ALJ considered the supportability and consistency of the opinion. See Austin v. Kijakazi, 52 F.4th 723, 728-30 (8th Cir. 2022) (under revised regulations, treating physicians' opinions are no longer entitled to special deference; finding that prior precedent applying treating-source rule was inapposite, and that ALJ adequately analyzed opinion by addressing its supportability and consistency). Thus, we find that substantial evidence in the record as a whole supports the ALJ's adverse decision. See Kraus v. Saul, 988 F.3d 1019, 1023-24 (8th Cir. 2021) (standard of review).

The judgment is affirmed.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.